# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2023 OCT 27 P 1:57

(Full name of plaintiff)

Travis Dickerson

v.

(Full name of defendant(s))

Milwaukee County

C.O. Jones

John Doe or Jane Doe

Kitchen Supervisor

Case Number:

23-C-1442

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Milwaukee County Jail 949 N. 9TH ST. Milw WI 53233__
   (Address of prison or jail)

2. Defendant __Milw. County; C.O. Jones; John Doe or Jane Doe__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)
   and (if a person) resides at __949 N. 9TH St. Milw. WI 53233__
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee County Jail 949 N. 9TH ST. Milw WI 532</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

ON Wednesday October 11, 2023 at 5pm C.O Tyus came over my intercom speaker in my cell and said that the kitchen messed up my Kosher diet tray. C.O. Tyus said the kitchen will be sending me a lunch bag. At 6pm I hit my intercom button so I can find out were's my bag lunch at know one answered the intercom speaker in the officer station. At 7pm C.O. Jones did a round to check on the inmates on unit 4A while C.O. Jones did her rounds I ask her can she call down to the kitchen so they can bring me a bag lunch. C.O. Jones response was that was last shift

Complaint – 2

job. C.O. Jones said Tyus left and she would call down to the kitchen to get me a bag lunch but she never did. 8pm C.O. Jones did a round check. 9pm C.O. Jones did a round check. 10pm C.O. Jones did a round check. Each time C.O. Jones did a round check I asked her to call to the kitchen for a bag lunch. I mention to C.O. Jones that I didn't eat I'm starving but she ignored my request. When 3rd shift arrived C.O. Jones left and went home. C.O. Jones violated my 8th U.S.C.A. rights by displaying her un-willingness to get me a bag lunch knowing that I didn't receive my Kosher special tray or a bag lunch. C.O. Jones could of reviewed the video cameras and see that I didn't receive any Kosher diet tray or bag lunch on Wednesday October 12, 2023 and she could of looked in the C.O. computer log for any notes or messages that was previously left from last shift showing that I didn't eat or

received a bag lunch. C.O. Jones showed cruel and unusual punishment by ignoring me and not bringing me a bag lunch when I asked C.O. Jones on four occassions, while she was doing her rounds on the unit. On Thursday October 12, 2023 the kitchen did not bring me my Kosher special diet tray for breakfast. The C.O. for first shift informed me that the kitchen would bring me my Kosher special diet tray shortly but they never brought it even after I reminded the C.O. multiple times that I didn't eat. This is now two days in a row that the kitchen did not bring me my tray. I experience dizziness; headaches; stomach aches, and vomiting due to the kitchen deliberant indifference of my dinner tray on Wednesday October 11, 2023 and my breakfast tray on Thursday October 12, 2023 not being delivered to me. John Doe or Jane Doe is the kitchen supervisor over the day to day operation which

Complaint - 3-2

Violated my 8TH U.S.C.A. right by going two days without delivering my Kosher special diet tray or bringing a bag lunch. I have exhausted my administrative remedies to the Kitchen Grievance's #120113. The Milwaukee County is responsible for feeding all inmates (3) meals per day within their capacity of inmates being in their custody. Wisconsin law requires all jails and institutions to provide a certain amount of calorie intake with all inmates incarcerated which consist of (3) balanced meals being served on a daily bases in order to fullfill that calorie intake. There's know lugit penological reason why I can't receive (3) balanced meals and it's evident that Milwaukee County have violated my 8TH U.S.C.A. right Deprivation of Rights under Color of law. Kosher special trays is also a freedom to exersize your religion according to the 1ST U.S.C.A. right which all (3) defendants have violated.

Complaint – 3-3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm demanding $50 million dollars collectively from all (3) defendants thats mentioned in this lawsuit for violating my 1st, 8th U.S.C.A. rights Deprivation of my rights under color of law; freedom to exersize my religon through Kosher special diet tray. All (3) defendants thats mentioned in this 42 USC 1983 lawsuit has caused punitive damages of psychological, emotional distress

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __Fri__ day of __October 20__ 20__23__.

   Respectfully Submitted,

   _Travis Dickerson_
   Signature of Plaintiff

   _269402_
   Plaintiff's Prisoner ID Number

   Dodge Correctional Institution
   #1 West Lincoln Street P.O. Box 661
   Waupun Wisconsin 53963-0661
   (Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:23-cv-01442-BHL   Filed 10/27/23   Page 7 of 8   Document 1

Dodge Correctional Institution
1 West Lincoln Street
P.O. Box 661
Waupun, Wisconsin 53963-0661

53202-451187

Eastern District of Wisconsin
Office of the Clerk, Room 362
U.S. Courthouse
517 E. Wisconsin
Milwaukee, WI 53202

:23-cv-01442-BHL   Filed 10/27/23   Page 8 of 8   Docu